373 A.2d 1125

Commonwealth v. Hosey, Appellant.

Submitted November 11, 1976. Nicholas S. Kladitis, Assistant Public Defender, for appellant; David B. Douds, Assistant District Attorney, and Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1125

Commonwealth v. Howell (et al., Appellant.)

Appeal of Eugene Howell.

Argued March 14, 1977. William H. Naugle, for appellant; Floyd P. Jones and Sheryl Ann Dorney, Assistant District Attorneys, and Donald L. Reihart, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.